IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Carmichael Arvell Glenn, # 285206, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:11-558-TLW-BM |
| | ) | |
| | ) | |
| West Columbia Police Dept., Nicholas | ) | |
| Williams, Robert McIntyre, and Sgt. | ) | |
| W. A. Kleckley, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# ORDER

Carmichael Arvell Glenn, ("plaintiff"), brought this civil action, *pro se*, on March 9, 2011. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends the Plaintiff's motion to dismiss his Complaint without prejudice be granted.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 25). Therefore, Plaintiff's motion is **GRANTED**, and the case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**

    s/Terry L. Wooten    
United States District Judge

July 21, 2011
Florence, South Carolina